# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| Robert J. Hemsing | Case Number: 23-10037-CMG |
| | Civil Number: |
| | Adversary Number: |
| | Bankruptcy Judge: Christine M. Gravelle |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☒ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on October 3, 2023. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Robert J. Hemsing | Appellee(s): | Anthony Sodono, III, Assignee for the Benefit of Creditors of Dooley Electric Company |
| Attorney: | David L. Stevens | Attorney: | Sari Blair Placona |
| Address: | 1599 Hamburg Turnpike | Address: | 75 Livingston Avenue Suite 201 |
| | Wayne, NJ 07470 | | Roseland, NJ 07068 |

Title of Order Appealed: Order Granting Motion to Extend Time To Object to Discharge for thirty (30) days up from entry of this Order

Date Entered On Docket: September 20, 2023

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*